For Use by District Court Personnel Only

# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** Southern District Ohio (WD) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** C-1-01-888 | **Court of Appeals Case No:** 03-4173 |
| **SHORT CAPTION**<br>William H. Parries, II | **JILL COLYER**<br>Case Manager: |
| Plaintiff/Petitioner<br><br>vs.<br><br>Makino, Inc.<br><br>Defendant/Respondent<br><br>*provide pro se address IF NOT on the docket sheet | Date Filed:<br><br>**FILED**<br>SEP 0 8 2003<br>LEONARD GREEN, Clerk |
| **District Court Judge:** Sandra S. Beckwith<br>**Court Reporter(s):** | **Anything That Needs Special Attention**<br>Appeal filed from the Order (doc.#34) and Judgment (doc.#35) entered by Judge Beckwith on 7/31/03. |
| **From Deputy Clerk:** Arthur Hill<br>**Date:** 9/2/03 | |
| $105.00 Appeal Filing Fee Paid? Yes | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **Kenneth J. MURPHY**
United States District Court

03 SEP 12 PM 5:05