UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4173

FILED
JAMES BONINI
CLERK

05 NOV -7 PM 2:45

Filed: November 7, 2005

WILLIAM H. PARRIES, II

    Plaintiff - Appellant

v.

MAKINO, INC.

    Defendant - Appellee

1:01cv888

### MANDATE

Pursuant to the court's disposition that was filed 12/21/04 the mandate for this case hereby issues today.

COSTS:

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk