IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM H. PARRIES, II                                         PLAINTIFF

    vs                                                  Case No.  1:01cv888-SSB

MAKINO, INC.                                            DEFENDANT

_____

NOTICE TO COUNSEL UPON FILING OF BILL OF COSTS
_____

On August 12, 2003, Defendant, Makino, Inc., filed a Bill of Costs in the above-captioned matter. The following is the briefing schedule for the Bill of Costs:

    Memoranda Contra by Plaintiff     -     June 27, 2007

    Reply in Support by Defendant     -     July 11, 2007

If Plaintiff fails to file a memoranda contra on or before June 27, 2007, the Bill of Costs will be taxed by the clerk on June 28, 2007.

                                                               JAMES BONINI, CLERK

                                                                s/ *Susan D. Bridges*
                                                                Susan D. Bridges, Division Manager