**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM H. PARRIES, II** | : | |
| | : | **CASE NO. 1:01CV888** |
| Plaintiff | : | |
| | : | Judge Beckwith |
| | : | |
| vs. | : | |
| | : | |
| **MAKINO, INC.** | : | |
| | : | **PLAINTIFF'S SUPPLEMENTAL** |
| Defendant | : | **INFORMATION CONCERNING** |
| | : | **TAXATION OF COSTS** |

On October 11, 2007, the Court entered an Interim Order on Costs. (Doc. 51). The order gave the parties until November 1, 2007 to submit supplemental information from court reporters. The purpose of such supplemental information was to clarify the amount for regular-delivery transcripts, as the Court found that the full costs for expedited-delivery transcripts were not appropriate in this case.

Since the entry of the Court's Order, Plaintiff's counsel has discovered invoices for regular delivery of the same transcripts in its own files. Those invoices are attached to a Declaration which is appended hereto. In summary, the costs for regular-delivery transcripts of the depositions in question are as follows:

| | |
|---|---|
| Morris | $224.00 |
| Woodward | $250.00 |
| Hassan | $257.25 |
| Reichert | $450.80 |
| Hoerlein | $355.25 |

  Firestone    $450.80

 By filing this supplemental information on the cost of regular-delivery transcripts, Plaintiff is not waiving any right to object to the award of any and all costs and specifically reserves the right to object to and appeal the same.

              Respectfully submitted,

              ___s/ Paul H. Tobias_____
              Paul H. Tobias - 0032415
              Tobias, Kraus & Torchia
              414 Walnut Street
              Suite 911
              Cincinnati, Ohio 45202
              (513) 241-8137
              (513) 241-7863 (fax)
              tkt@tktlaw.com
              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

 I hereby certify that this document was filed with the Court on October 31, 2007 via the CM/ECF system that will automatically serve George E. Yund, Esq. and Andrew R. Kaake, Esq., Frost Brown Todd LLC, 201 E. Fifth Street, Suite 2200, Cincinnati, OH 45202.

              ___s/ Paul H. Tobias_____
              Paul H. Tobias - 0032415