# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **WILLIAM H. PARRIES, II** | CASE NO. 1:01CV888 |
| **Plaintiff** | |
| | Judge Beckwith |
| vs. | |
| **MAKINO, INC.** | |
| | **DECLARATION OF** |
| **Defendant** | **PAUL H. TOBIAS** |

Now comes Paul H. Tobias and for his declaration states:

1. I am the attorney for the Plaintiff in the above-captioned action.

2. Attached hereto as Exhibit A is a true and accurate copy of invoices received and paid by my office for the described transcripts in the above-captioned case.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date 10/30/07

_____
Paul H. Tobias - 0032415

FEDERAL I.D. NO. 31-1094258

## GIGLIO REPORTING SERVICES

3 Cypress Garden
Cincinnati, Ohio 45220
(513) 861-2200

**TO:** David D. Kammer, Esq.
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202

INVOICE NO. 2003-61

**DATE:** March 14, 2003

**RE:** William H. Parries, II v. Makino, Inc.
United States District Court
Case No.: C-1-01-888

To Depositions of Joan B. Woodward and Edwin T. Morris taken January 14, 2003

| | |
|---|---:|
| To copy of transcript of Joan B. Woodward | $ 250.00 |
| To copy of transcript of Edwin T. Morris | 224.00 |
| To ASCII disk | .00 |
| Total Due: | $ 474.00 |

Note: Your transcript copies delivered to you on February 7, 2003

$ 1514.50
ck 26450

**Thank you.**                                                       **Net Due: Upon Receipt**

**PLEASE RETURN INVOICE WITH PAYMENT**

Exhibit A

```
                    BRITTON & ASSOCIATES
                    124 EAST THIRD STREET
                         SUITE 400
                    DAYTON, OH  45402-2146
                       (937) 228-3370
```

```
DAVID KAMMER, ESQ.
TOBIAS KRAUS & TORCHIA
414 WALNUT STREET
911 MERCANTILE LIBRARY BUILDING
CINCINNATI, OH  45202                              INV. NO.
                                                    20161
```

| INV. DATE | CL.NO. | REFERENCE |
|---|---|---|
| 03/07/2003 | 5725 | C/ |

Re: PARRIES, WILLIAM   VS   MAKINO, INC.
Assignment Date: January 08, 2003


DEPOSITION OF BEVERLY HASSAN 1-8-03

TRANSCRIPT COPY                                         257.25

DEPOSITION OF JEFFREY REICHERT 1-8-03

TRANSCRIPT COPY                                         450.80

DEPOSITION OF DONALD HOERLEIN - 1-22-03

TRANSCRIPT COPY                                         355.25

DEPOSITION OF JOANNE FIRESTONE - 1-23-03

TRANSCRIPT COPY                                         450.80
COMPRESSED TRANSCRIPT                                   ~~50.00~~
POSTAGE                                                 ~~20.00~~  7.90
                                                    ==========
                               Total Amount $        1,584.10
     Interest At A Rate Of 2.00% After 30 Days $         0.00
                            Less Paid To Date $          0.00
                                  Total due $        1,584.10
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICE

                                                    ck 26432

                    Please Make Checks Payable To:
                         BRITTON & ASSOCIATES
                    Federal Tax Id#: 31-1003124