```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

| | | |
|---|---|---|
| William H. Parries, II, | : | Case No. 1:01-cv-888 |
| Plaintiff, | : | |
| vs. | : | |
| Makino, Inc., | : | |
| Defendant. | : | |

### ORDER TAXING COSTS

The Court issued an interim cost order on October 11 (Doc. 51), and requested additional information from the parties about the regular costs (e.g., non-expedited) for six original deposition transcripts. Plaintiff submitted invoices paid by plaintiff for **copies** of those transcripts. Defendant objects to taxing only the cost of a copy, because the original cost would be greater. Neither party has submitted specific information about the actual original cost paid for the six transcripts in question.

Therefore, the Court will utilize the Judicial Council formula discussed in the Interim Order, and discount by 35% the expedited costs submitted by Defendant. Deposition costs are awarded as follows:

```
    Parries (Vol. I and II):    $ 1,638.76
    Morris:                         313.30
    Woodward:                       345.31
    Hassan:                         249.11
    Reichert:                       436.54
```

```
Hoerlein:                            354.15
Firestone (Vol. I):                  426.40
```

The following costs were not objected to and are taxed as claimed:

```
Deposition of Farmer:                654.75
Deposition of Kincaid:               502.30
Deposition of Millhouse:             119.10
Deposition of Meranda:                70.00
Deposition of Firestone Vol. II:     119.25

Witness Fees:                         34.91

TOTAL COSTS TAXED:              $  5,263.88
```

SO ORDERED.

Dated: November 20, 2007            s/Sandra S. Beckwith
                                 Sandra S. Beckwith, Chief Judge
                                   United States District Court